UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHARLES WILLIAMS,                                Case No. 1:17-cv-407

    Plaintiff,                                        Black, J.
                                                       Bowman, M.J.
  v.

SPRINGDALE POLICE DEPARTMENT, et al.,

    Defendants.

### REPORT AND RECOMMENDATION

On June 14, 2017, Plaintiff, proceeding *pro se*, filed a civil rights complaint against the Springdale Police Department and William Zeek, alleging that both Defendants violated Plaintiff's "constitutional rights by arresting me allegedly for running a stop sign so they claim." (Doc. 3 at 5). Although the filing fee required to initiate a civil case is $400.00, Plaintiff sought to file his complaint *in forma pauperis*, or without payment of any fee. The undersigned conditionally granted Plaintiff's motion but directed him to show cause why the Court should continue to permit him to proceed *in forma pauperis*. (Doc. 2).

On June 30, 2017, after concluding that Plaintiff had failed to demonstrate the requisite poverty, the Court directed Plaintiff to pay the full filing fee. (Doc. 5). Plaintiff filed a motion seeking the undersigned's recusal, which was denied. (Docs. 6, 8). Plaitniff also filed objections to the undersigned's order directing him to pay the full filing fee. (Doc. 7). On February 28, 2018, the presiding district judge overruled those objections and directed Plaintiff to pay the full filing fee on or before March 14, 2018.

1

(Doc. 9).  Plaintiff has failed to comply with that Order, and the time for doing so has now expired.

Pro se litigants are not excused from complying with clear and unambiguous procedural requirements.  *See Jourdan v. Jabe.* 951 F.2d 108 (6th Cir. 1991).  Plaintiff has chosen not to comply with the Order of this Court requiring him to pay a filing fee by March 14, 2018.  Accordingly, **IT IS RECOMMENDED THAT this case be DISMISSED WITH PREJUDICE FOR FAILURE TO PROSECUTE, and closed.**

*s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

CHARLES WILLIAMS,                                  Case No. 1:17-cv-407

    Plaintiff,                                            Black, J.
                                                           Bowman, M.J.
  v.

SPRINGDALE POLICE DEPARTMENT, et al.,

Defendants.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  See *Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

3

4