UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHARLES WILLIAMS, | Case No. 1:17-cv-407 |
| Petitioner, | Judge Timothy S. Black |
| vs. | Magistrate Judge Stephanie K. Bowman |
| SPRINGDALE POLICE DEPARTMENT, | |
| Respondent. | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 10)
AND TERMINATING THIS CASE IN THIS COURT**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and on March 22, 2018, submitted a Report and Recommendation (Doc. 10). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, this case is **DISMISSED WITH PREJUDICE** for failure to prosecute. The Clerk shall enter judgment accordingly, whereupon this action is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date:     4/17/18                                           *Timothy S. Black*
                                                            Timothy S. Black
                                                            United States District Judge